IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DOC NO
REC'D/FILED

2020 JAN 29  PM 2: 08

PETER OPPENEER
CLERK US DISTRICT COURT
WD OF WI

UNITED STATES OF AMERICA

      v.

AMIN W. WILLIAMS,

          Defendant.

**INDICTMENT**

Case No. __20   CR   011   WMC__

18 U.S.C. § 115(a)(1)(B)

THE GRAND JURY CHARGES:

## COUNT 1

On or about August 27, 2019, in the Western District of Wisconsin, the defendant,

AMIN W. WILLIAMS,

threatened to assault a federal law enforcement officer, specifically, a United States

Probation Officer, with the intent to retaliate against the officer, while the officer was

engaged in the performance of his official duties.

(In violation of Title 18, United States Code, Section 115(a)(1)(B)).

A TRUE BILL

_____
PRESIDING JUROR

Indictment returned: __01/29/2020__

_____
SCOTT C. BLADER
United States Attorney