IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

AMIN W. WILLIAMS,

        Defendants.

ORDER

20-cr-11-wmc

---

The undersigned recuse themselves in the above entitled matter pursuant to 28 U.S.C. § 455.

Entered this 30th day of January, 2020.

BY THE COURT:

/s/
_____
WILLIAM M. CONLEY
District Judge

/s/
_____
JAMES D. PETERSON
Chief District Judge