AO 245A (Rev.12/03) Judgment of Acquittal

# United States District Court
## Western District of Wisconsin

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>V.<br><br>AMIN WILLIAMS | **JUDGMENT OF ACQUITTAL**<br><br>Case Number: 20-CR-11-JPS |

The above-captioned matter was tried before the undersigned sitting by designation and without a jury on August 17, 2020. At the close of the government's case in chief, the Court granted the defendant's Rule 29 motion for judgment of acquittal.

IT IS ORDERED that the defendant is acquitted, discharged, and any bond exonerated.

_____
J. P. Stadtmueller
U.S. District Judge
Dated August 18, 2020